Angela Scott (Bar No. 240418)
scotta@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350

Counsel for Defendant, EF Cultural Exchange, Inc. (erroneously sued as "EF Education First, Inc.")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA MARTINEZ, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EF EDUCATION FIRST, INC.,<br><br>Defendants. | Case No. 2:24-cv-10570-MEMF-RAO<br><br>**EF CULTURAL EXCHANGE, INC.'S NOTICE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Civil Local Rule 7.1-1, Defendant, EF Cultural Exchange, Inc. (erroneously sued as "EF Education First, Inc."), through the undersigned counsel, hereby certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a direct financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.     Plaintiff, Jessica Martinez; and

2.     Defendant, EF Cultural Exchange, Inc. (erroneously sued as "EF Education First, Inc.").

1

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400

Pursuant to Federal Rule of Civil Procedure 7.1(a), EF Cultural Exchange, Inc. states that it is wholly owned by EF Education First, Inc., and that no publicly held corporation owns any of either its or EF Education First, Inc.'s stock.

DATED: February 6, 2025                    Respectfully submitted,

                                           BALLARD SPAHR LLP


                                           By: */s/ Angela Scott*
                                           Angela Scott, Esq.
                                           *Counsel for Defendant, EF Cultural Exchange, Inc. (erroneously sued as "EF Education First, Inc.")*

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

2